UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YVONNE P. BEAUCHAMP,<br><br>                              Plaintiff,<br><br>            -against-<br><br>DEPT. OF HEALTH & MENTAL HYGIENE, et al.,<br><br>                              Defendants. | 25-CV-6354 (RA)<br><br>ORDER OF SERVICE |

RONNIE ABRAMS, United States District Judge:

Plaintiff brings this *pro se* action under 42 U.S.C. § 1981, Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C. §§ 2000e to 2000e-17, the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. §§ 621 to 634, the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297, and the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 to 131. Plaintiff alleges that her employer discriminated against her on the basis of her race, color, national origin, and age. By order dated August 6, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP).

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *See Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to effect service if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service through the U.S. Marshals Service, the Clerk of Court is instructed to fill out U.S. Marshals Service Process Receipt and Return forms (USM-285 form) for Defendants New York City Department of Health and Mental Hygiene, the Bureau of Child Care, Bella Morrow, Anita Richichi, Marina Smirnov, Jennifer Wayne, Melanie Argueta, Stacey Rosenblatt, Juan Arroyo, and Renee Noel. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to issue summonses for Defendants New York City Department of Health and Mental Hygiene, the Bureau of Child Care, Bella Morrow, Anita Richichi, Marina Smirnov, Jennifer Wayne, Melanie Argueta, Stacey Rosenblatt, Juan Arroyo, and Renee Noel, complete the USM-285 forms with the addresses for Defendants, and deliver to the U.S. Marshals Service all documents necessary to effect service.

The Clerk of Court is further requested to mail an information package to Plaintiff.

SO ORDERED.

Dated: August 7, 2025
       New York, New York

_____
RONNIE ABRAMS
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Department of Health and Mental Hygiene
   1309 Fulton Avenue
   Bronx, NY 10457

2. Bureau of Child Care
   Department of Health and Mental Hygiene
   1309 Fulton Avenue
   Bronx, NY 10457

3. Bella Morrow
   Department of Health and Mental Hygiene, Bureau of Child Care
   1309 Fulton Avenue
   Bronx, NY 10457

4. Anita Richichi
   Department of Health and Mental Hygiene, Bureau of Child Care
   1309 Fulton Avenue
   Bronx, NY 10457

5. Marina Smirnov
   Department of Health and Mental Hygiene, Bureau of Child Care
   1309 Fulton Avenue
   Bronx, NY 10457

6. Jennifer Wayne
   Department of Health and Mental Hygiene, Bureau of Child Care
   1309 Fulton Avenue
   Bronx, NY 10457

7. Melanie Argueta
   Department of Health and Mental Hygiene, Bureau of Child Care
   1309 Fulton Avenue
   Bronx, NY 10457

8. Stacey Rosenblatt
   Department of Health and Mental Hygiene, Bureau of Child Care
   1309 Fulton Avenue
   Bronx, NY 10457

9. Juan Arroyo
   Department of Health and Mental Hygiene, Bureau of Child Care
   1309 Fulton Avenue
   Bronx, NY 10457

10.     Renee Noel
        Department of Health and Mental Hygiene, Bureau of Child Care
        1309 Fulton Avenue
        Bronx, NY 10457