UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE P. BEAUCHAMP,

              Plaintiff,

        v.

DEPARTMENT OF HEALTH AND MENTAL
HYGIENE, et al.,

              Defendants.

No. 25-CV-6354 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        Plaintiff shall have until Wednesday, February 25, 2026 to respond to Defendants' motion to dismiss the Complaint.  If Plaintiff seeks legal assistance, he may reach out to the City Bar Justice Center (CBJC), which provides limited legal assistance to self-represented partes through the SDNY Federal Pro Se Legal Assistance Project. A flyer with details on how to schedule an appointment is attached. The CBJC is a non-profit organization that is independent of the Court.

SO ORDERED.

Dated:        January 22, 2026
                New York, New York

                                    Ronnie Abrams
                                    United States District Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
## in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including **mediation**)

**Reviewing drafted pleadings** and correspondence with the Court