UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE P. BEAUCHAMP,

Plaintiff,

v.

DEPARTMENT OF HEALTH & MENTAL HYGIENE, BUREAU OF CHILD CARE, BELLA MARROW, ANITA RICHICHI, MARINA SMIRNOV, JENNIFER WAYNE, MELANIE ARGUETA, STACEY ROSENBLATT, RENEE NOEL, and JUAN ARROYO,

Defendants.

25-CV-6354 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties shall appear for a conference on Defendants' motion to dismiss on September 3, 2026 at 2 p.m. in Courtroom 1506 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. If any party is unable to appear in person, that party shall promptly notify the Court, in which case the conference will be held by videoconference.

SO ORDERED.

Dated: August 27, 2026
New York, New York

Ronnie Abrams
United States District Judge