UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE P. BEAUCHAMP,

Plaintiff,

v.

DEPARTMENT OF HEALTH & MENTAL HYGIENE, BUREAU OF CHILD CARE, BELLA MARROW, ANITA RICHICHI, MARINA SMIRNOV, JENNIFER WAYNE, MELANIE ARGUETA, STACEY ROSENBLATT, RENEE NOEL, and JUAN ARROYO,

Defendants.

25-CV-6354 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the conference scheduled for today at 2:00 p.m. will be adjourned to September 10, 2026 at 2:30 p.m.

SO ORDERED.

Dated: September 3, 2026
New York, New York

Ronnie Abrams
United States District Judge