UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE P. BEAUCHAMP,

Plaintiff,

v.

DEPARTMENT OF HEALTH & MENTAL HYGIENE, BUREAU OF CHILD CARE, BELLA MARROW, ANITA RICHICHI, MARINA SMIRNOV, JENNIFER WAYNE, MELANIE ARGUETA, STACEY ROSENBLATT, RENEE NOEL, and JUAN ARROYO,

Defendants.

25-CV-6354 (RA)

MEMORANDUM
OPINION & ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record at today's hearing, Defendants' motion to dismiss is granted. The Court grants Plaintiff leave to file an amended complaint within thirty (30) days after entry of this Order. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 29.

SO ORDERED.

Dated: September 10, 2026
New York, New York

Ronnie Abrams
United States District Judge