**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Yvonne Beauchamp,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**The City of New York, et al.,**<br><br>**Defendants.** | **1:25-cv-06354 (RA) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

On September 10, 2026, Judge Abrams substituted the City of New York as a Defendant in this case. (*See* 9/14/26 Transcript of 9/10/26 Proceedings, ECF No. 48, at p. 19.) On November 2, 2026, Plaintiff filed her Amended Complaint against the City and three individuals. (*See* Am. Compl., ECF No. 52.) Accordingly, no later than Tuesday, December 8, 2026, the New York City Law Department shall enter a notice of appearance on the docket on behalf of the City. In addition, no later than Tuesday, December 8, 2026, the City and the three individually named Defendants shall respond to the Amended Complaint.

**SO ORDERED.**

Dated: New York, New York
November 24, 2026

STEWART D. AARON
United States Magistrate Judge